## INDEX OF EXHIBITS – DEFENDANTS' PARTIAL ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

*Gagne v. City of Mesa, et al.*

Case No. 2:24-cv-01337-DJH

| | |
|---|---|
| 1 | Medical Examiner's Report |
| 2 | Scene Diagram |
| 3 | Negotiator Call *(non-electronic)* |
| 4 | Orr Supplement |
| 5 | 911 Call *(non-electronic and under seal)* |
| 6 | CAD Records |
| 7 | Maldonado Body Camera *(non-electronic and under seal)* |
| 8 | Gutierrez Body Camera *(non-electronic and under seal)* |
| 9 | Scott Freeman Body Camera Witness Interviews *(non-electronic and under seal)* |
| 10 | Scene Photographs |
| 11 | Helicopter Video *(non-electronic)* |
| 12 | Helicopter Screen Shots |
| 13 | Widmer Supplement |