Zachary Mushkatel (023377)
Jordan Brunner (035105)
MUSHKATEL, GOBBATO & KILE, PLLC
1529 N. 99th Avenue
Sun City, Arizona 85351-1964
Telephone: (623) 213-7276
Facsimile: (623) 974-4739
firm@phoenixlawteam.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Gagne, in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne et al. | Case No: 2:24-cv-01337-DJH |
| Plaintiffs, | |
| vs. | **NOTICE OF SERVICE OF PLAINTIFFS' INITIAL FED. R. CIV. P. 26(a)(1) DISCLOSURE STATEMENT** |
| City of Mesa et al. | |
| Defendant(s). | (Assigned to Hon. Diane J. Humetewa) |

Plaintiffs,  by and through undersigned counsel, hereby give notice that on this date, Plaintiffs served on all parties herein, their Initial Fed. R. Civ. P. 26(a) Disclosure Statement in the above-captioned matter via electronic mail.

**DATED** this 4th day of October, 2024.

**MUSHKATEL, GOBBATO & KILE, PLLC**

By:    */s/ Jordan Brunner*
Zachary Mushkatel
Jordan A. Brunner
15249 North 99th Avenue
Sun City, Arizona 85351-1964
*Attorney for Plaintiffs*

1

2

3

4

5

6

7

8

9

10

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 4, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
Garrett Griggs, Bar #030525
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
kwieneke@wienekelawgroup.com
cretts@wienekelawgroup.com
ggriggs@wienekelawgroup.com
*Attorneys for Defendants*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System: N/A

By:    */s/ Jordan Brunner*