Zachary E. Mushkatel (023377)
Jordan A. Brunner (035105)
**MUSHKATEL, GOBBATO & KILE, PLLC**
Attorneys at Law
15249 N 99th Avenue
Sun City, Arizona 85351
Telephone: (623) 889-0691
Facsimile: (623) 213-7282
firm@phoenixlawteam.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Christopher Gagne et al., | No. CV-24-01337-PHX-DJH |
|---|---|
| Plaintiffs, | |
| v. | **INDEX OF EXHIBITS TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| City of Mesa et al. | |
| Defendant. | |

| Ex | Description | Bates Numbers/Designations |
|---|---|---|
| 1 | Police Reports | PLF_MesaDR000017-19, 24-25, 56, 72, 78, 83, 88-93, 96-97<br><br>MESA_002012-13, 2235-41, 2281-83 |
| 2 | Cox surveillance footage (non-electronic) | A) Video starting at 10:19:41<br>B) Video starting at 10:25:09<br>C) Video starting at 10:41:20<br>D) Video starting at 10:44:09 |
| 3 | Defendant Freeman Interview (non-electronic) | N/A |
| 4 | City of Mesa Police Department Police Chief Job Announcement | Pgs. 1-3 |
| 5 | City of Mesa Police Department Use of Force Policy | Pgs. 1-16 |

1