# INDEX OF EXHIBITS – DEFENDANTS' REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

*Gagne v. City of Mesa, et al.*

Case No. 2:24-cv-01337-DJH

1   COX Surveillance Video *(non-electronic)* **UNDER SEAL**
2   COX Surveillance Video *(non-electronic)* **UNDER SEAL**
3   COX Surveillance Video *(non-electronic)*
4   COX Surveillance Video *(non-electronic)*
5   COX Surveillance Video *(non-electronic)*
6   COX Surveillance Video *(non-electronic)*
7   COX Surveillance Video *(non-electronic)*
8   COX Surveillance Video *(non-electronic)*
9   COX Surveillance Video *(non-electronic)*
10  COX Surveillance Video *(non-electronic)*
11  COX Surveillance Video *(non-electronic)*
12  COX Surveillance Video *(non-electronic)*
13  COX Surveillance Video *(non-electronic)*
14  COX Surveillance Video *(non-electronic)*
15  COX Surveillance Video *(non-electronic)*