# EXHIBIT 1
# (Non-Electronic Exhibit)
# (Under Seal)

# EXHIBIT 2
# (Non-Electronic Exhibit)
# (Under Seal)

# EXHIBIT 3
# (Non-Electronic Exhibit)

# EXHIBIT 4
# (Non-Electronic Exhibit)

# EXHIBIT 5
# (Non-Electronic Exhibit)

# EXHIBIT 6
# (Non-Electronic Exhibit)

# EXHIBIT 7
# (Non-Electronic Exhibit)

# EXHIBIT 8
# (Non-Electronic Exhibit)

# EXHIBIT 9
# (Non-Electronic Exhibit)

# EXHIBIT 10
# (Non-Electronic Exhibit)

# EXHIBIT 11
# (Non-Electronic Exhibit)

# EXHIBIT 12
# (Non-Electronic Exhibit)

# EXHIBIT 13
# (Non-Electronic Exhibit)

# EXHIBIT 14
# (Non-Electronic Exhibit)

# EXHIBIT 15
# (Non-Electronic Exhibit)