1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher Gagne in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Mesa, a political subdivision of the State of Arizona; Kevin Cost, Chief of Mesa Police Department, individually and in his official capacity; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X,<br>                       Defendants. | NO. 2:24-cv-01337-DJH<br><br>**PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AND SEAL CERTAIN NON-ELECTRONIC EXHIBITS IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS** |

1   The Court, having reviewed Defendants' Motion for Leave to File Exhibits 1-15 and
2   to Seal Exhibits 1 and 2 in Support of Defendants' Reply in Support of Partial Motion to
3   Dismiss Plaintiffs' First Amended Complaint, and good cause appearing,

4   **IT IS ORDERED** that the Motion is **GRANTED**. The Clerk is ordered to file
5   Defendants' non-electronic exhibits in support of the Reply in Support of Partial Motion to
6   Dismiss.

7   **IT IS FURTHER ORDERED** that the Clerk will file Defendants' non-electronic
8   Exhibits 1 & 2 in support of Defendants' Reply **under seal**.

10   DATED: _____

             Honorable Diane J. Humetewa
             United States District Judge

2