1  Kathleen L. Wieneke, Bar #011139
   Christina Retts, Bar #023798
2  Garrett Griggs, Bar #030525
   WIENEKE LAW GROUP, PLC
3  1225 West Washington Street, Suite 313
   Tempe, Arizona 85288
4  Telephone: (602) 715-1868
   Fax: (602) 455-1109
5  Email: kwieneke@wienekelawgroup.com
   Email: cretts@wienekelawgroup.com
6  Email: ggriggs@wienekelawgroup.com

7  *Attorneys for Defendants Harris, Navarro, Cameron, Adair, Chuey, Goodrich, Freeman,*
8  *Thomas, Orr, Brown, and Cost*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Gagne in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Mesa, a political subdivision of the State of Arizona; Kevin Cost, Chief of Mesa Police Department, individually and in his official capacity; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police | NO. 2:24-cv-01337-DJH<br><br>**DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY** |

officer; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X,

          Defendants.

NOTICE IS HEREBY GIVEN that Defendants Harris, Navarro, Cameron, Adair, Chuey, Goodrich, Freeman, Thomas, Orr, Brown, and Cost have served this date the following documents, via electronic mail, to all counsel of record.

1. Defendants' First Set of Non-Uniform Interrogatories to Plaintiffs

2. Defendants' First Set of Requests for Production to Plaintiffs

DATED this 26th day of November, 2024.

**WIENEKE LAW GROUP, PLC**

By: */s/ Christina Retts*
Kathleen L. Wieneke
Christina Retts
Garrett Griggs
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants Harris, Navarro, Cameron, Adair, Chuey, Goodrich, Freeman, Thomas, Orr, Brown, and Cost*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Zachary Mushkatel
Jordan A. Brunner
MUSHKATEL, ROBBINS & BECKER, PLLC
15249 North 99th Avenue
Sun City, Arizona 85351-1964
*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By: */s/ Lauren Rasmussen*

3