|   |   |
|---|---|
| 1 | Kathleen L. Wieneke, Bar #011139 |
|   | Christina Retts, Bar #023798 |
| 2 | Garrett Griggs, Bar #030525 |
|   | Rebekah K. Browder, Bar #024992 |
| 3 | WIENEKE LAW GROUP, PLC |
|   | 1225 West Washington Street, Suite 313 |
| 4 | Tempe, Arizona 85288 |
|   | Telephone: (602) 715-1868 |
| 5 | Fax: (602) 455-1109 |
|   | Email: kwieneke@wienekelawgroup.com |
| 6 | Email: cretts@wienekelawgroup.com |
|   | Email: ggriggs@wienekelawgroup.com |
| 7 | Email: rbrowder@wienekelawgroup.com |

*Attorneys for Defendants Harris, Navarro, Cameron, Adair, Chuey, Goodrich, Freeman, Thomas, Orr, Brown, and Cost*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Gagne in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Mesa, a political subdivision of the State of Arizona; Kevin Cost, Chief of Mesa Police Department, individually and in his official capacity; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police | NO. 2:24-cv-01337-SHD <br><br> **DEFENDANTS' NOTICE OF ASSOCIATION OF COUNSEL WITHIN FIRM** |

| | |
|---|---|
| 1<br>2<br>3<br>4 | officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X,<br>           Defendants. |

Defendants Harris, Navarro, Cameron, Adair, Chuey, Goodrich, Freeman, Thomas, Orr, Brown, and Cost give notice that Rebekah K. Browder is associating with Kathleen L. Wieneke, Christina Retts, and Garrett Griggs of Wieneke Law Group, PLC as counsel of record on Defendants' behalf.

DATED this 20th day of February, 2025.

**WIENEKE LAW GROUP, PLC**

By:  /s/ Rebekah K. Browder
     Kathleen L. Wieneke
     Christina Retts
     Garrett Griggs
     Rebekah K. Browder
     1225 West Washington Street, Suite 313
     Tempe, Arizona 85288
     *Attorneys for Defendants Harris, Navarro, Cameron, Adair, Chuey, Goodrich, Freeman, Thomas, Orr, Brown, and Cost*

# CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Zachary Mushkatel
Jordan A. Brunner
MUSHKATEL, ROBBINS & BECKER, PLLC
15249 North 99th Avenue
Sun City, Arizona 85351-1964
*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By: */s/ Lauren Rasmussen*