Sean A. Woods (AZ Bar #028930)
Robert T. Mills (AZ Bar #018853)
**Mills + Woods Law, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Gagne; et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>City of Mesa; et al**,**<br><br>                    Defendants. | Case No.: CV-24-01337-PHX-DJH<br><br>**NOTICE OF SUBSTITUTION IN AS COUNSEL FOR PLAINTIFFS WITH CLIENT CONSENT** |

Through undersigned counsel, Plaintiffs Christopher Gagne, for himself and on behalf and as personal representative of the Estate of Shawn Taylor Gagne, and Suzette Gagne (collectively, "Plaintiffs") hereby give notice that Sean A. Woods, Robert T. Mills, and the law firm Mills + Woods Law, PLLC are hereby substituted in place of Zachary Mushkatel and Jordan A. Brunner of Mushkatel, Gobbato & Kile, PLLC, as their attorneys of record in this action. Please send all documents and filings intended for Plaintiffs to:

swoods@millsandwoods.com
rmills@millsandwoods.com
docket@millsandwoods.com
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
480.999.4556

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

1 **DATED** this 5th day of March 2025.

2                              **MILLS + WOODS LAW PLLC**

3

4                          By___*/s/ Sean A. Woods*_____

5                               Sean A. Woods
                              Robert T. Mills

6                               5055 North 12th Street, Suite 101
                              Phoenix, AZ 85014

7                               *Attorneys for Plaintiff*

8

9 
               Christopher Michael Gagne (Mar 5, 2025 09:55 PST)

10                Christopher Gagne in his capacity as the
               Personal Representative of the Estate of

11                Shawn Taylor Gagne

12                Plaintiff

13                Consents to the above Substitution

14 
               Christopher Michael Gagne (Mar 5, 2025 09:55 PST)

15                Christopher Gagne

16                Plaintiff

17                Consents to the above Substitution

18

19 
               Suzette Gagne (Mar 5, 2025 12:17 PST)

20                **Suzette Gagne**

21                **Plaintiff**
               **Consents to the above Substitution**

22

23

24

25

26

27

28

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

1

## **CERTIFICATE OF SERVICE**

2

3       I hereby certify that on March 5, 2025, I electronically transmitted the attached

4  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

5  Notice of Electronic Filing to the following CM/ECF registrants:

6

7       Kathleen L. Wieneke, Bar #011139
        Christina Retts, Bar #023798
8       Garrett Griggs, Bar #030525
        WIENEKE LAW GROUP, PLC
9       1225 West Washington Street, Suite 313
        Tempe, Arizona 85288
10      kwieneke@wienekelawgroup.com
        cretts@wienekelawgroup.com
11      ggriggs@wienekelawgroup.com
        *Attorneys for Defendants*
12

13

14    */s/ Ben Dangerfield*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3