IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Gagne, et al., | No. CV-24-01337-PHX-SHD |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Mesa, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Motion for Leave to File Non-Electronic Exhibits 1-15 and to Seal Exhibits 1-2 in Support of Defendants' Reply in Support of Partial Motion to Dismiss (the "Motion"). (Doc. 80.)

Plaintiffs did not file a response to the Motion, and the time to do so has expired. LRCiv 7.2(c). Although Defendants do not indicate whether Plaintiffs oppose the Motion, the Court considers Plaintiffs' silence as "consent to the denial or granting of the motion." *Id.* 7.2(i). The Court will thus grant Defendants leave to file non-electronic Exhibits 3-15.

Defendants did not provide any argument or authority supporting Defendants' request that Exhibits 1-2 be sealed, in contravention of the Local Rules. LRCiv 5.6(b) ("Any motion or stipulation to file a document under seal must set forth a clear statement of the facts and legal authority justifying the filing of the document under seal . . . ."). The Court thus orders Defendants to file a supplemental brief within 14 days of this Order identifying the legal standard applicable to seal Exhibits 1-2 and explaining why the exhibits meet that standard. Defendants' brief shall not exceed 5 pages. In the alternative,

1  if Defendants no longer wish to file Exhibits 1-2 under seal, Defendants may file Exhibits 1-2 with Exhibits 3-15, with no exhibits being filed under seal.

This Order should not be construed as an indication that the Court will necessarily consider Defendants' exhibits in ruling on Defendants' pending Motion to Dismiss (Doc. 71). The Court will decide whether it is appropriate to consider such exhibits in due course.

Accordingly,

**IT IS ORDERED** that the Motion (Doc. 80) is **granted in part**. Within 14 days of this Order, Defendants may file Exhibits 3-15 to Defendants' Reply (Doc. 79) on a flash drive in accordance with the Clerk of Court's policies and procedures for filing non-electronic exhibits.

**IT IS FURTHER ORDERED** that Defendants shall file a supplemental brief within 14 days of this Order explaining whether Exhibits 1-2 meet the standard to seal, in accordance with LRCiv 5.6(b). The supplemental brief shall not exceed 5 pages. Should Defendants decide they no longer wish to file Exhibits 1-2 under seal, Defendants may file Exhibits 1-2 not under seal along with unsealed Exhibits 3-15.

Dated this 11th day of March, 2025.

_____
Honorable Sharad H. Desai
United States District Judge