Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
Garrett Griggs, Bar #030525
Rebekah K. Browder, Bar #024992
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com
Email: ggriggs@wienekelawgroup.com
Email: rbrowder@wienekelawgroup.com

*Attorneys for Defendants Harris, Navarro, Cameron, Adair, Chuey, Goodrich, Freeman, Thomas, Orr, Brown, and Cost*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher Gagne in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Mesa, a political subdivision of the State of Arizona; Kevin Cost, Chief of Mesa Police Department, individually and in his official capacity; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual | NO. 2:24-cv-01337-SHD <br><br> **DEFENDANTS' NOTICE OF FILING NON-ELECTRONIC EXHIBIT IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANTS ORR AND COST; COUNT TWO (THE *MONELL* CLAIM); COUNT FOUR; AND COUNT FIVE** |

capacity and in his capacity as a police officer; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X,

                Defendants.

Defendants give notice that they are filing Non-Electronic Exhibits 1-15 in support of their Partial Motion to Dismiss Plaintiffs' First Amended Complaint. The Court granted permission for the non-electronic filing on March 11, 2025 (Doc. 85). These non-electronic exhibits are being sent to the Court via flash drive today. Below is an index of the non-electronic exhibits being filed:

| Exhibit 1  | COX Surveillance Video |
|------------|------------------------|
| Exhibit 2  | COX Surveillance Video |
| Exhibit 3  | COX Surveillance Video |
| Exhibit 4  | COX Surveillance Video |
| Exhibit 5  | COX Surveillance Video |
| Exhibit 6  | COX Surveillance Video |
| Exhibit 7  | COX Surveillance Video |
| Exhibit 8  | COX Surveillance Video |
| Exhibit 9  | COX Surveillance Video |
| Exhibit 10 | COX Surveillance Video |
| Exhibit 11 | COX Surveillance Video |
| Exhibit 12 | COX Surveillance Video |
| Exhibit 13 | COX Surveillance Video |
| Exhibit 14 | COX Surveillance Video |
| Exhibit 15 | COX Surveillance Video |

///

///

///

DATED this 12th day of March, 2025.

**WIENEKE LAW GROUP, PLC**

By: /s/ *Christina Retts*
Kathleen L. Wieneke
Christina Retts
Garrett Griggs
Rebekah K. Browder
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants Harris, Navarro, Cameron, Adair, Chuey, Goodrich, Freeman, Thomas, Orr, Brown, and Cost*

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By:   */s/ Lauren Rasmussen*