|   |   |
|---|---|
| 1 | Kathleen L. Wieneke, Bar #011139 |
|   | Christina Retts, Bar #023798 |
| 2 | Rebekah K. Browder, Bar #024992 |
|   | WIENEKE LAW GROUP, PLC |
| 3 | 1225 West Washington Street, Suite 313 |
|   | Tempe, Arizona 85288 |
| 4 | Telephone: (602) 715-1868 |
|   | Fax: (602) 455-1109 |
| 5 | Email: kwieneke@wienekelawgroup.com |
|   | Email: cretts@wienekelawgroup.com |
| 6 | Email: rbrowder@wienekelawgroup.com |

*Attorneys for Defendants Harris, Navarro, Cameron, Adair, Chuey, Goodrich, Freeman, Thomas, Orr, Brown, and Cost*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Gagne in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Mesa, a political subdivision of the State of Arizona; Kevin Cost, Chief of Mesa Police Department, individually and in his official capacity; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; ABC Partnerships I-X; XYZ | NO. 2:24-cv-01337-SHD<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF COUNSEL** |

| | |
|---|---|
| 1 | Corporations I-X; John Does I-X and Jane Does I-X, |
| 2 | Defendants. |

Pursuant to LRCiv 83.3(b), counsel for Defendants Harris, Navarro, Cameron, Adair, Chuey, Goodrich, Freeman, Thomas, Orr, Brown, and Cost notify the Court of Garrett Griggs's withdrawal as counsel for Defendants in this matter. Mr. Griggs may be removed from the case caption and e-service list.

Kathleen L. Wieneke, Christina Retts, and Rebekah K. Browder of Wieneke Law Group, PLC remain counsel of record.

DATED this 9th day of June, 2025.

**WIENEKE LAW GROUP, PLC**

By: /s/ Christina Retts
Kathleen L. Wieneke
Christina Retts
Rebekah K. Browder
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants Harris, Navarro, Cameron, Adair, Chuey, Goodrich, Freeman, Thomas, Orr, Brown, and Cost*

# CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By:   */s/ Lauren Rasmussen*