| | |
|---|---|
| 1 | Kathleen L. Wieneke, Bar #011139 |
| | Christina Retts, Bar #023798 |
| 2 | Rebekah K. Browder, Bar #024992 |
| | WIENEKE LAW GROUP, PLC |
| 3 | 1225 West Washington Street, Suite 313 |
| | Tempe, Arizona 85288 |
| 4 | Telephone: (602) 715-1868 |
| | Fax: (602) 455-1109 |
| 5 | Email: kwieneke@wienekelawgroup.com |
| | Email: cretts@wienekelawgroup.com |
| 6 | Email: rbrowder@wienekelawgroup.com |

*Attorneys for Defendants Adair, Brown, Cameron, Chuey, Cost, Freeman, Goodrich, Harris, Navarro, Orr, and Thomas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher Gagne in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne, | NO. 2:24-cv-01337-SHD |
| Plaintiffs, | **DEFENDANTS' NOTICE OF INTENT TO SERVE SUBPOENAS DUCES TECUM** |
| vs. | |
| City of Mesa, a political subdivision of the State of Arizona; Kevin Cost, Chief of Mesa Police Department, individually and in his official capacity; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; ABC Partnerships I-X; XYZ | |

1 | Corporations I-X; John Does I-X and Jane Does I-X,
2 |                               Defendants.

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 45, Defendants Harris, Navarro, Cameron, Adair, Chuey, Goodrich, Freeman, Thomas, Orr, Brown, and Cost intend to serve Subpoenas to Produce Documents, Information, or Objects upon the following:

1. Chatsworth Charter High School
2. Garden Lakes Elementary School

The Subpoenas were sent to all parties of record via email on this date.

DATED this 18th day of June, 2025.

**WIENEKE LAW GROUP, PLC**

By: */s/ Christina Retts*
Kathleen L. Wieneke
Christina Retts
Rebekah K. Browder
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants Adair, Brown, Cameron, Chuey, Cost, Freeman, Goodrich, Harris, Navarro, Orr, and Thomas*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By:   */s/ Lauren Rasmussen*