Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
Rebekah K. Browder, Bar #024992
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com
Email: rbrowder@wienekelawgroup.com

*Attorneys for Defendants Adair, Brown, Cameron, Chuey, Cost, Freeman, Goodrich, Harris, Navarro, Orr, and Thomas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Gagne, in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Mesa, a political subdivision of the State of Arizona; Kevin Cost, Chief of Mesa Police Department, individually and in his official capacity; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; Treve Widmer, in their individual capacity and in their capacity as a | NO. 2:24-cv-01337-SHD<br><br>**DEFENDANT FREEMAN'S NOTICE OF SERVICE OF DISCOVERY** |

| | |
|---|---|
| 1 | police officer; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X, |
| 2 | |
| 3 | Defendants. |

NOTICE IS HEREBY GIVEN that Defendant Freeman has served this date his First Set of Requests for Admission, Non-Uniform Interrogatory, and First Set of Requests for Production to Plaintiffs, via electronic mail, to all counsel of record.

DATED this 21st day of August, 2025.

**WIENEKE LAW GROUP, PLC**

By: */s/ Christina Retts*
Kathleen L. Wieneke
Christina Retts
Rebekah K. Browder
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants Adair, Brown, Cameron, Chuey, Cost, Freeman, Goodrich, Harris, Navarro, Orr, and Thomas*

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Sean A. Woods
>Robert T. Mills
>Mills + Woods Law, PLLC
>5055 North 12th Street, Suite 101
>Phoenix, Arizona 85014
>*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

>N/A

By:   */s/ Lauren Rasmussen*