Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Gagne, in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Mesa, a political subdivision of the State of Arizona; Kevin Cost, Chief of Mesa Police Department, individually and in his official capacity; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his | Case No.: CV-24-01337-PHX-SHD<br><br>**STIPULATION TO PERMIT PLAINTIFFS TO FILE A THIRD AMENDED COMPLAINT**<br><br>(Assigned to the Honorable Sharad H. Desai) |

individual capacity and in his capacity as a police officer; Treve Widmer, in their individual capacity and in their capacity as a police officer; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X,

Defendants.

Through undersigned counsel and pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Rule 15 of the Local Rules of Civil Procedure, the parties hereby stipulate and agree that Plaintiffs be permitted to file a Third Amended Complaint (the "TAC"), to replace the recently-filed Second Amended Complaint (the "SAC"), in the form indicated by the document attached as "**Exhibit 1**" hereto. **Ex. 1** is a copy of the TAC that indicates in what respect it differs from the SAC by underlining the text that was added and striking through the text that was deleted.

Good cause exists to amend the SAC. Following its filing, Defendants raised objections to its content. The parties then exchanged meet and confer correspondence regarding those objections. Subsequently, a resolution was reached. Without waiving the right to file a motion to dismiss the TAC, Defendants nevertheless stipulate and agree that Plaintiffs may file it to replace the SAC, and that the TAC should be considered timely filed.

///

///

///

///

///

2

**RESPECTFULLY SUBMITTED** this 28th day of August 2025.

                         **MILLS + WOODS LAW, PLLC**

                         By   */s/ Sean A. Woods*
                               Robert T. Mills
                               Sean A. Woods
                               5055 North 12th Street, Suite 101
                               Phoenix, AZ 85014
                               *Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
lrasmussen@wienekelawgroup.com
mmahler@wienekelawgroup.com
Christina Retts
cretts@wienekelawgroup.com
Rebekah K. Browder
rbrowder@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
1225 W Washington St., Ste. 313
Tempe, AZ 85288
(602) 715-1868
*Attorneys for Defendants Harris, Navarro, Cameron, Adair, Chuey, Goodrich, Freeman, Thomas, Orr, Brown, and Cost*

　　　/s/ Ben Dangerfield