| | |
|---|---|
| 1 | Kathleen L. Wieneke, Bar #011139 |
| | Christina Retts, Bar #023798 |
| 2 | Rebekah K. Browder, Bar #024992 |
| | WIENEKE LAW GROUP, PLC |
| 3 | 1225 West Washington Street, Suite 313 |
| | Tempe, Arizona 85288 |
| 4 | Telephone: (602) 715-1868 |
| | Fax: (602) 455-1109 |
| 5 | Email: kwieneke@wienekelawgroup.com |
| | Email: cretts@wienekelawgroup.com |
| 6 | Email: rbrowder@wienekelawgroup.com |

*Attorneys for Defendants City of Mesa, Adair, Brown, Cameron, Chuey, Freeman, Goodrich, Harris, Navarro, Orr, and Thomas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Gagne, in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Mesa, a political subdivision of the State of Arizona; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X, <br><br> Defendants. | NO. 2:24-cv-01337-SHD <br><br> **DEFENDANTS ADAIR, CITY OF MESA, AND ORR' CERTIFICATE OF CONFERRAL RE MOTION TO DISMISS** |

1  Defendants' counsel certifies that the Defendants conferred regarding the subject of
2  the Motion to Dismiss by exchanging correspondence with Plaintiff's counsel on August
3  21, 2025 and August 25, 2025.

4  DATED this 12th day of September, 2025.

**WIENEKE LAW GROUP, PLC**

By: */s/ Christina Retts*
Kathleen L. Wieneke
Christina Retts
Rebekah K. Browder
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants City of Mesa, Adair, Brown, Cameron, Chuey, Freeman, Goodrich, Harris, Navarro, Orr, and Thomas*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By:  */s/ Lauren Rasmussen*