1  Kathleen L. Wieneke, Bar #011139
   Christina Retts, Bar #023798
2  Rebekah K. Browder, Bar #024992
   WIENEKE LAW GROUP, PLC
3  1225 West Washington Street, Suite 313
   Tempe, Arizona 85288
4  Telephone: (602) 715-1868
   Fax: (602) 455-1109
5  Email: kwieneke@wienekelawgroup.com
   Email: cretts@wienekelawgroup.com
6  Email: rbrowder@wienekelawgroup.com

7  *Attorneys for Defendants City of Mesa,
   Adair, Brown, Cameron, Chuey, Freeman,
8  Goodrich, Harris, Navarro, Orr, and Thomas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher Gagne, in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Mesa, a political subdivision of the State of Arizona; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X,<br><br>Defendants. | NO. 2:24-cv-01337-SHD<br><br>**DEFENDANT'S NOTICE OF SERVICE OF DISCOVERY** |

1    NOTICE IS HEREBY GIVEN that Defendant City of Mesa has served this date the following documents, via electronic mail, to all counsel of record.

1. Defendant City of Mesa's Responses to Plaintiffs' First Set of Non-Uniform Interrogatories.

2. Defendant City of Mesa's Responses to Plaintiffs' First Set of Requests for Production.

DATED this 22nd day of September, 2025.

**WIENEKE LAW GROUP, PLC**

By:  */s/ Christina Retts*
Kathleen L. Wieneke
Christina Retts
Rebekah K. Browder
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants City of Mesa, Adair, Brown, Cameron, Chuey, Freeman, Goodrich, Harris, Navarro, Orr, and Thomas*

# CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Sean A. Woods
> Robert T. Mills
> Mills + Woods Law, PLLC
> 5055 North 12th Street, Suite 101
> Phoenix, Arizona 85014
> *Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

> N/A

By:  */s/ Lauren Rasmussen*