Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Gagne, in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Mesa, a political subdivision of the State of Arizona; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; ABC Partnerships I-X; | Case No.: CV-24-01337-PHX-SHD<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>(Assigned to the Honorable Sharad H. Desai) |

XYZ Corporations I-X; John Does I-X and Jane Does I-X,

                Defendants.

THE COURT, having reviewed "Plaintiffs' Unopposed Motion for Extension of Time to Respond to Motion to Dismiss Third Amended Complaint" (the "Unopposed Motion for Extension"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Unopposed Motion for Extension.

**IT IS FURTHER ORDERED** that Plaintiffs shall have until no later than October 6, 2025 within which to file their Response to "Defendants Adair, Mesa, and Orr's Motion to Dismiss Plaintiffs' Third Amended Complaint," ECF No. 102.