Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Gagne, in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Mesa, a political subdivision of the State of Arizona; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; ABC Partnerships I-X; | Case No.: CV-24-01337-PHX-SHD<br><br>**STIPULATED MOTION FOR EXTENSIONS OF TIME TO RESPOND AND REPLY RE MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>(Second Request)<br><br>(Assigned to the Honorable Sharad H. Desai) |

XYZ Corporations I-X; John Does I-X and Jane Does I-X,

                Defendants.

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiffs and Defendants respectfully stipulate, agree, and move, to extend the time within which Plaintiffs may file their Response to "Defendants Adair, Mesa, and Orr's Motion to Dismiss Plaintiffs' Third Amended Complaint," ECF No. 102, until up to and including October 8, 2025, and within which Defendants may file their Reply thereto until up to and including October 22, 2025. One previous extension of the Response deadline has been granted, and no previous extension of the Reply deadline has.

Good cause exists for such an extension due to the presence of multiple obligations, conflicts, and commitments in other litigation matters in the next two weeks on the part of counsel for both sides. This extension is sought in good faith and does not otherwise conflict with any hearings or deadlines in this action. A [Proposed] Order is attached hereto.

**RESPECTFULLY SUBMITTED** this 6th day of October 2025.

                **MILLS + WOODS LAW, PLLC**

                By   */s/ Sean A. Woods*
                    Robert T. Mills
                    Sean A. Woods
                    5055 North 12th Street, Suite 101
                    Phoenix, AZ 85014
                    *Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**WIENEKE LAW GROUP, PLC**


By  /s/ *Christina Retts (w/ permission)*
    Kathleen L. Wieneke
    Christina Retts
    Rebekah K. Browder
    1225 W Washington St., Ste. 313
    Tempe, AZ 85288
    *Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
lrasmussen@wienekelawgroup.com
mmahler@wienekelawgroup.com
Christina Retts
cretts@wienekelawgroup.com
Rebekah K. Browder
rbrowder@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
1225 W Washington St., Ste. 313
Tempe, AZ 85288
(602) 715-1868
*Attorneys for Defendants Harris, Navarro, Cameron, Adair, Chuey, Goodrich, Freeman, Thomas, Orr, Brown, and Cost*


    /s/ *Ben Dangerfield*

3