Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
Rebekah K. Browder, Bar #024992
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com
Email: rbrowder@wienekelawgroup.com

*Attorneys for Defendants City of Mesa, Adair, Brown, Cameron, Chuey, Freeman, Goodrich, Harris, Navarro, Orr, and Thomas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher Gagne, in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Mesa, a political subdivision of the State of Arizona; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X,<br><br>Defendants. | NO. 2:24-cv-01337-SHD<br><br>**STIPULATION REQUESTING PROTECTIVE ORDER** |

The parties by and through their respective counsel, hereby submit this Stipulation in Support of a Protective Order regarding Plaintiffs' medical and Arizona Department of Child Safety records ("DCS"). In addition, because this case involves a SWAT deployment, it is possible that certain restricted policies and/or deposition testimony may need to be designated as Confidential, in the future.

The parties acknowledge that good cause exists for the issuance of a protective order pursuant to Federal Rule of Civil Procedure 26(c), as the medical records and DCS records at issue contain sensitive and private medical information. The disclosure of such information, if not properly safeguarded, could result in unnecessary invasion of privacy and potential harm to Plaintiffs' personal and medical confidentiality.

The parties have been meeting and conferring regarding Defendants' requests for Plaintiffs' medical and DCS records, and after good-faith discussions, they have reached an agreement to allow for the production of certain records subject to a protective order. This agreement ensures that Plaintiffs' privacy rights are adequately protected, while also allowing Defendants access to the necessary information for purposes of this litigation.

Accordingly, the parties respectfully request that the Court enter the proposed Protective Order filed concurrently herewith.

DATED this 21st day of October, 2025.

**WIENEKE LAW GROUP, PLC**

By: */s/ Rebekah K. Browder*
Kathleen L. Wieneke
Christina Retts
Rebekah K. Browder
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants City of Mesa, Adair, Brown, Cameron, Chuey, Freeman, Goodrich, Harris, Navarro, Orr, and Thomas*

And

**Mills + Woods Law, PLLC**

By: */s/ Sean A. Woods (with permission)*
Sean A. Woods
Robert T. Mills
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Sean A. Woods
>Robert T. Mills
>Mills + Woods Law, PLLC
>5055 North 12th Street, Suite 101
>Phoenix, Arizona 85014
>*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

>N/A

By:   */s/ Lauren Rasmussen*