1
2
3
4
5
6         **UNITED STATES DISTRICT COURT**
7              **DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher Gagne, in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Mesa, a political subdivision of the State of Arizona; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X, <br><br> Defendants. | NO. 2:24-cv-01337-SHD <br><br> **PROPOSED ORDER FOR DCS CPS RECORDS** |

The Court enters an Order that the Arizona Department of Child Safety ("DCS"), formerly known as Arizona Child Protective Services, shall produce complete and unredacted copies of the DCS file, including any and all DCS reports, investigative

summaries, court records and reports, case plans, case notes, and video or audio recordings, pertaining to the decedent, Shawn Gagne, and his parents, Christopher and Suzette Gagne, to the parties in this action.

DATED: _____

_____
Honorable Sharad H. Desai
United States District Judge

2