|   |   |
|---|---|
| 1 | Kathleen L. Wieneke, Bar #011139 |
|   | Christina Retts, Bar #023798 |
| 2 | Rebekah K. Browder, Bar #024992 |
|   | WIENEKE LAW GROUP, PLC |
| 3 | 1225 West Washington Street, Suite 313 |
|   | Tempe, Arizona 85288 |
| 4 | Telephone: (602) 715-1868 |
|   | Fax: (602) 455-1109 |
| 5 | Email: kwieneke@wienekelawgroup.com |
|   | Email: cretts@wienekelawgroup.com |
| 6 | Email: rbrowder@wienekelawgroup.com |

*Attorneys for Defendants City of Mesa, Adair, Brown, Cameron, Chuey, Freeman, Goodrich, Harris, Navarro, Orr, and Thomas*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Christopher Gagne, in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne, | NO. 2:24-cv-01337-SHD |
|---|---|
| Plaintiffs, | **DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY** |
| vs. | |
| City of Mesa, a political subdivision of the State of Arizona; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Defendants Adair, Brown, Cameron, Chuey, Cost, Freeman, Goodrich, Harris, Navarro, Orr, and Thomas have served their Second Supplemental Disclosure Statement on this date, via electronic mail, to all counsel of record.

DATED this 24th day of October, 2025.

WIENEKE LAW GROUP, PLC

By: *<u>/s/ Christina Retts</u>*

Kathleen L. Wieneke
Christina Retts
Rebekah K. Browder
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants City of Mesa, Adair, Brown, Cameron, Chuey, Freeman, Goodrich, Harris, Navarro, Orr, and Thomas*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Sean A. Woods
> Robert T. Mills
> Mills + Woods Law, PLLC
> 5055 North 12th Street, Suite 101
> Phoenix, Arizona 85014
> *Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

> N/A

By:  */s/ Lauren Rasmussen*

3