Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Gagne, in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Mesa, a political subdivision of the State of Arizona; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; ABC Partnerships I-X; | Case No.: CV-24-01337-PHX-SHD<br><br>**STIPULATION FOR EXTENSION OF DEADLINES**<br><br>(First Request)<br><br>(Assigned to the Honorable Sharad H. Desai) |

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

XYZ Corporations I-X; John Does I-X and Jane Does I-X,

Defendants.

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, the parties hereby stipulate and agree, and respectfully request, an extension of deadlines in this action by approximately 60 days each, in accordance with the [Proposed] Order attached hereto and as set forth below.  No previous extensions have been requested or granted.

Good cause exists for same.  Due to multiple scheduling conflicts on the part of Plaintiffs' counsel over the past few months, the progress of discovery has been much slower than initially anticipated.  Moreover, Plaintiffs' counsel has an upcoming four-week trial beginning in late April and continuing through most of May that will nearly completely occupy his time during that period.  In light of same, the parties hereby stipulate and agree to extend the following deadlines in this action as follows:

1.      The last day for Plaintiffs to provide full and complete expert disclosures, from March 2, 2026 to **May 1, 2026**;

2.      The last day for Defendants to provide full and complete expert disclosures, from April 6, 2026 to **June 5, 2026**;

3.      The last day to make rebuttal expert disclosures, from May 4, 2026 to **July 2, 2026**;

4.      The last day to engage in good faith settlement talks, from July 3, 2026 to **September 4, 2026**.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

5.      The last day to complete expert depositions, from July 6, 2026 to **September 4, 2026**, and;

6.      The last day to file dispositive motions, from September 11, 2026 to **November 10, 2026**.

**RESPECTFULLY SUBMITTED** this 17th day of March 2026.

MILLS + WOODS LAW, PLLC

By    */s/ Sean A. Woods*
      Robert T. Mills
      Sean A. Woods
      5055 North 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiffs*

WIENEKE LAW GROUP, PLC

By    */s/ Christina Retts (w/ permission)*
      Kathleen L. Wieneke
      Christina Retts
      1225 W Washington St., Ste. 313
      Tempe, AZ 85288
      *Attorneys for Defendants*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
lrasmussen@wienekelawgroup.com
mmahler@wienekelawgroup.com
Christina Retts
cretts@wienekelawgroup.com
Rebekah K. Browder
rbrowder@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
1225 W Washington St., Ste. 313
Tempe, AZ 85288
(602) 715-1868
*Attorneys for Defendants Harris, Navarro, Cameron, Adair, Chuey, Goodrich, Freeman, Thomas, Orr, Brown, and Cost*


        */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556