MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher Gagne, in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne, | Case No.: CV-24-01337-PHX-SHD |
| Plaintiffs, | **[PROPOSED] ORDER EXTENDING DEADLINES** |
| vs. | (Assigned to the Honorable Sharad H. Desai) |
| City of Mesa, a political subdivision of the State of Arizona; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; ABC Partnerships I-X; | |

XYZ Corporations I-X; John Does I-X and Jane Does I-X,

Defendants.

THE COURT, having reviewed the parties' "Stipulation for Extension of Deadlines" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** extending the following deadlines in this action as follows:

1.     The last day for Plaintiffs to provide full and complete expert disclosures, from March 2, 2026 to **May 1, 2026**;

2.     The last day for Defendants to provide full and complete expert disclosures, from April 6, 2026 to **June 5, 2026**;

3.     The last day to make rebuttal expert disclosures, from May 4, 2026 to **July 2, 2026**;

4.     The last day to engage in good faith settlement talks, from July 3, 2026 to **September 4, 2026**.

5.     The last day to complete expert depositions, from July 6, 2026 to **September 4, 2026**, and;

6.     The last day to file dispositive motions, from September 11, 2026 to **November 10, 2026**.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556