# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Gagne, et al., | No. CV-24-01337-PHX-SHD |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Mesa, et al., | |
| Defendants. | |

Good cause appearing,

**IT IS ORDERED** granting the Parties' Stipulation for Extension of Deadlines, (Doc. 120), and extending the case management deadlines in this matter as follows:

1) Plaintiffs shall provide full and complete expert disclosures by **May 1, 2026**;

2) Defendants shall provide full and complete expert disclosures by **June 5, 2026**;

3) Rebuttal expert disclosures shall be made by **July 2, 2026**;

4) The Parties shall engage in good faith settlement talks by **September 4, 2026**;

5) Expert depositions shall be completed by **September 4, 2026**;

6) Dispositive motions are due by **November 10, 2026**.

**IT IS FURTHER ORDERED** that except as modified herein, the Rule 16 Scheduling Order entered on September 17, 2024, (Doc. 73), is affirmed.

Dated this 17th day of March, 2026.

Honorable Sharad H. Desai
United States District Judge