MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher Gagne, in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Mesa, a political subdivision of the State of Arizona; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; ABC Partnerships I-X; | Case No.: CV-24-01337-PHX-SHD<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES**<br><br>(Second Request)<br><br>(Assigned to the Honorable Sharad H. Desai) |

XYZ Corporations I-X; John Does I-X and Jane Does I-X,

Defendants.

THE COURT, having reviewed the "Stipulation for Extension of Deadlines (Second Request)" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** extending the following deadlines as follows:

1.      The last day for Plaintiffs to provide full and complete expert disclosures, from May 1, 2026 to **June 5, 2026**;

2.      The last day for Defendants to provide full and complete expert disclosures, from June 5, 2026 to **July 10, 2026**, and;

3.      The last day to make rebuttal expert disclosures, from July 2, 2026 to **July 29, 2026**.

The remaining non-expired deadlines, set forth in Doc. 121, remain in effect.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2