Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
Rebekah K. Browder, Bar #024992
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com
Email: rbrowder@wienekelawgroup.com

*Attorneys for Defendants City of Mesa, Brown, Cameron, Chuey, Freeman, Goodrich, Harris, Navarro, and Thomas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Christopher Gagne, in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne,

Plaintiffs,

vs.

City of Mesa, a political subdivision of the State of Arizona; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X,

Defendants.

NO. 2:24-cv-01337-SHD

**DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION FOR MOTION FOR SUMMARY JUDGMENT**

Defendants City of Mesa, Harris, Thomas, Freeman, Brown, Cameron, Chuey, Goodrich, and Navarro move under LRCiv 7.2(e)(1) for leave to file a 44-page Motion for Summary Judgment, including the caption and supporting memorandum, exclusive of evidentiary attachments.

There are nine Defendants: the City and eight officers. Separate 17-page motions would total 153 pages. Defendants instead propose one consolidated 44-page motion to avoid duplicating the common facts and overlapping arguments.

Additional pages are necessary to address each of the officers' respective conduct. Each of the individual Defendants were positioned at different locations, with different viewpoints, and used force at different times. In addition to addressing the constitutionality of the force, Defendants also carefully addressed the qualified-immunity aspect of this case and the status of the law. Plaintiffs also asserted state law claims against the Defendants, which includes a separate analysis of the justification statutes and the presumptions of reasonableness in the force and in training/supervision set forth in A.R.S. § 12-716. In addition, there is a separate Monell claim against the City which is addressed as well and involves a discussion of the "other" cases and but-for and proximate causation. The additional pages are necessary given the number of Defendants, claims, and defenses.

The Scheduling Order also requires all facts and supporting pinpoint citations to appear within the motion, rather than in a separate statement of facts. (Doc. 73 § 7(b).)

As a result of the foregoing, Defendants therefore respectfully request leave to file a motion not exceeding 44 pages, including the caption and supporting memorandum, exclusive of evidentiary attachments.

///

///

///

DATED this 10th day of November, 2026.

WIENEKE LAW GROUP, PLC

By: /s/ Christina Retts
Kathleen L. Wieneke
Christina Retts
Rebekah K. Browder
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants City of Mesa, Brown, Cameron, Chuey, Freeman, Goodrich, Harris, Navarro, and Thomas*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By: *<u>/s/ Lauren Rasmussen</u>*