**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher Gagne, in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Mesa, a political subdivision of the State of Arizona; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X,<br><br>Defendants | NO. 2:24-cv-01337-SHD<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION FOR MOTION FOR SUMMARY JUDGMENT** |

The Court, having considered Defendants' Motion to Exceed Page Limitation for Motion for Summary Judgment, and good cause appearing,

IT IS ORDERED granting Defendants' Motion. Defendants may file a consolidated Motion for Summary Judgment not exceeding 44 pages, including the caption and supporting memorandum, exclusive of evidentiary attachments.

DATED: ____________________________

______________________________________
Honorable Sharad H. Desai
United States District Judge