# INDEX OF EXHIBITS – DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

*Gagne v. City of Mesa, et al.*

Case No. 2:24-cv-01337-SHD

| | |
|---|---|
| 1 | Living Room Video 09-57-52 PM (Non-Electronic) |
| 2 | Gutierrez Report |
| 3 | Orr Supplemental Report |
| 4 | Newby Supplemental Report |
| 5 | Timeline |
| 6 | Ingram Supplemental Report |
| 7 | Chuey Deposition |
| 8 | Freeman Deposition |
| 9 | Adair Deposition |
| 10 | Widmer Supplemental Report |
| 11 | Living Room Video 10-41-20 PM (Non-Electronic) |
| 12 | Handy Report |
| 13 | Noedel Report |
| 14 | Harris Deposition |
| 15 | Hafkey Report |
| 16 | Thomas Deposition |
| 17 | Living Room Video 10-44-09 PM (Non-Electronic) |
| 18 | Kuhlman Report |
| 19 | Involved Officers' and Sergeants' Training Records |
| 20 | Plaintiffs' Fifth Supplemental Disclosure Statement |
| 21 | Plaintiffs' Responses to Defendants' First Non-Uniform Interrogatories |
| 22 | Brown Body Worn Camera (Non-Electronic) |
| 23 | Chuey Body Worn Camera (Non-Electronic) |

**INDEX OF EXHIBITS – DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

*Gagne v. City of Mesa, et al.*

Case No. 2:24-cv-01337-SHD

| | |
|---|---|
| 24 | Goodrich Body Worn Camera (Non-Electronic) |
| 25 | Harris Body Worn Camera (Non-Electronic) |
| 26 | Navarro Body Worn Camera (Non-Electronic) |
| 27 | Thomas Body Worn Camera (Non-Electronic) |
| 28 | Toxicology Report |