**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Christopher Gagne, in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne,

Plaintiffs,

vs.

City of Mesa, a political subdivision of the State of Arizona; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X,

Defendants

NO. 2:24-cv-01337-SHD

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBITS TO MOTION FOR SUMMARY JUDGMENT**

The Court, having received Defendants' Motion for Leave to File Non-Electronic Video Exhibits in Support of Motion for Summary Judgment, and good cause appearing,

IT IS ORDERED granting the Motion. Defendants are granted leave to file Exhibits 1, 11, 17, and 22–27 non-electronically in support of their Motion for Summary Judgment. The Clerk is directed to accept the non-electronic video exhibits for filing.

DATED: ___________________________

_________________________________
Honorable Sharad H. Desai
United States District Judge