# INDEX OF EXHIBITS – DEFENDANTS' DAUBERT MOTION REGARDING PLAINTIFFS' POLICE PROCEDURES EXPERT MARK HAFKEY

*Gagne v. City of Mesa, et al.*

Case No. 2:24-cv-01337-SHD

| | |
|---|---|
| 1 | Hafkey Report |
| 2 | Log of Three Body Cameras, by Time Stamp |
| 3 | Log of Negotiation Audio, Interior Video, and Air Unit Video |
| 4 | Hafkey CV |
| 5 | Hafkey Deposition (*Obregon v. Lamb*) |
| 6 | Ingram Supplemental Report |
| 7 | Gutierrez Report |
| 8 | Newby Supplemental Report |
| 9 | Timeline |
| 10 | Freeman Deposition |