**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher Gagne, et al.,<br>Plaintiffs,<br>v.<br>City of Mesa, et al.,<br>Defendants. | No. CV-24-01337-PHX-SHD<br>**ORDER** |

Good cause appearing,

**IT IS ORDERED** granting Defendants' Motion for Leave to File Non-Electronic Exhibits to Motion for Summary Judgment, (Doc. 136).

**IT IS FURTHER ORDERED** that Defendants are granted leave to file Exhibits 1, 11, 17, and 22-27 non-electronically in support of their Motion for Summary Judgment. The Clerk of Court is directed to accept the non-electronic video exhibits for filing.

Dated this 12th day of November, 2026.

Honorable Sharad H. Desai
United States District Judge