Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
Rebekah K. Browder, Bar #024992
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: cretts@wienekelawgroup.com
Email: rbrowder@wienekelawgroup.com

*Attorneys for Defendants City of Mesa, Brown, Cameron, Chuey, Freeman, Goodrich, Harris, Navarro, and Thomas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Christopher Gagne, in his capacity as the Personal Representative of the Estate of Shawn Taylor Gagne; Christopher and Suzette Gagne, husband and wife, as the surviving parents of decedent Shawn Gagne,

Plaintiffs,

vs.

City of Mesa, a political subdivision of the State of Arizona; Matthew Harris, in his individual capacity and in his capacity as a police officer; Kyle Thomas, in his individual capacity and in his capacity as a police officer; Shawn Freeman, in his individual capacity and in his capacity as a police officer; Matt Brown, in his individual capacity and in his capacity as a police officer; Kyle Cameron, in his individual capacity and in his capacity as a police officer; Matthew Chuey, in his individual capacity and in his capacity as a police officer; Robert Goodrich, in his individual capacity and in his capacity as a police officer; Alejandro Navarro, in his individual capacity and in his capacity as a police officer; Matthew Adair, in his individual capacity and in his capacity as a police officer; Christopher Orr, in his individual capacity and in his capacity as a police officer; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X,

Defendants.

NO. 2:24-cv-01337-SHD

**DEFENDANTS' NOTICE OF FILING NON-ELECTRONIC EXHIBITS**

Defendants City of Mesa, Brown, Cameron, Chuey, Freeman, Goodrich, Harris, Navarro, and Thomas gives notice that they are filing non-electronic Exhibits 1, 11, 17, and 22–27 in support of their Motion for Summary Judgment. The Court granted permission for the non-electronic filing on November 12, 2026 (Doc. 138). The non-electronic exhibits are contained on a flash drive and consist of the interior surveillance recordings identified as Exhibits 1, 11, and 17 and the officer body word camera footage identified as Exhibits 22–27. These non-electronic exhibits are being sent to the Court via flash drive today. Below is an index of the non-electronic exhibits being filed:

| | |
|---|---|
| Exhibit 1 | Living Room Video 09-57-52 PM |
| Exhibit 11 | Living Room Video 10-41-20 PM |
| Exhibit 17 | Living Room Video 10-44-09 PM |
| Exhibit 22 | Brown Body Worn Camera |
| Exhibit 23 | Chuey Body Worn Camera |
| Exhibit 24 | Goodrich Body Worn Camera |
| Exhibit 25 | Harris Body Worn Camera |
| Exhibit 26 | Navarro Body Worn Camera |
| Exhibit 27 | Thomas Body Worn Camera |

These non-electronic exhibits were served on all counsel on November 10, 2026 via ShareFile link.

DATED this 16th day of November, 2026.

WIENEKE LAW GROUP, PLC

By: <u>/s/ Christina Retts</u>

Kathleen L. Wieneke
Christina Retts
Rebekah K. Browder
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants City of Mesa, Brown, Cameron, Chuey, Freeman, Goodrich, Harris, Navarro, and Thomas*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean A. Woods
Robert T. Mills
Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

By: /s/ Lauren Rasmussen