# EXHIBIT A

# In the Matter of:

*Obregon*

*vs*

***Lamb***

---

*Mark Richard Hafkey*

*April 24, 2026*

---

GRIFFIN GROUP
INTERNATIONAL

3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

**no.**

Q. What do you mean when you say you worked with the Homicide Bureau?

**A. In my role as union president, in my role as a -- working for the Traffic Bureau, in my role with Patrol, we worked closely with the homicide scenes from the beginning, were often -- we are often first responders before Homicide ever gets involved. So managing a homicide scene, I have done that many times in my role as an -- in Patrol. As a supervisor, supervisors respond to -- Patrol supervisors respond to the homicide scenes. In my role with the Traffic Bureau, we often respond to the homicide scenes, either because it's a vehicular homicide or because they need scene support and scene security.**

**So I worked with the Homicide Bureau all through my career, just because of the logistics of getting it started. Homicide in most cases is not contacted or not called out for some time after an initial scene in which somebody is either killed or is seriously injured.**

Q. Did you ever act as a detective in a homicide investigation with Phoenix PD?

**A. Yes. Every time a patrol officer, just starting at the patrol level, responds, they conduct investigative duties at that scene, from securing the scene to gathering**



**investigative evidence to support Homicide. So from the very beginnings of a homicide situation, it almost always began with Patrol or some other unit attached to Patrol, like the Traffic Bureau. And everything has to be handled up until the Homicide Bureau actually is called out or responses and takes over that scene. And, in fact, follow-up and other logistics associated with the homicide is often done by other units that support Homicide.**

Q. And when would have been the last time you worked on a homicide investigation with Phoenix PD?

**A. I think all the way up until 2012 I would have been responding to homicide scenes in my role as a union president, because we responded to virtually all homicides when they involved a police sergeant or lieutenant. And in some cases, because police sergeants and lieutenants oversee homicide scenes, the union is -- monitors and reviews all the cases that come through to make sure that our employees have not been exposed to potential police policy violations and other, other issues that could lead to an Internal Affairs investigation or involve a police sergeant or lieutenant in some other capacity in which their job may be at jeopardy or their -- or any allegations should surface regarding their, their response to that scene.**

**I don't know if I'm being entirely clear in**



**answering your question. But when -- as role of the -- in my capacity as a union president, we have to take a look at all issues that could potentially affect our sergeants and lieutenants. And in the case of a police shooting or where -- and I assume you are speaking primarily about homicides involving a police officer. Is that correct? Or are we talking about just a homicide that doesn't involve a police response?**

Q. Let me, let me ask a new question.

Phoenix PD has a position of detective, correct?

**A. Yes.**

Q. Were you ever a detective with Phoenix PD?

**A. Yes.**

Q. When did you become a detective?

**A. The time I went through detective school I was in patrol, and so I obtained a police certification as a detective. So it's not exactly a detective position. It's a detective certification that allows you to take a detective position.**

**So officers often go to detective school well before they are assigned a detective position. So I was a detective while I was still working in patrol and used those detective skills all through patrol and through my supervisory career. And in the Organized Crime Bureau I**



**actually supervised detectives in their roles as well.**

Q. Did you ever have the position of a detective?

**A. No.**

Q. Did you ever reconstruct a shooting as part of your duties with Phoenix PD?

**A. No. Except in my preliminary scene response and passing on observations to the -- whatever detectives were eventually assigned the case.**

Q. Did you ever determine the sequence of gunshots in any homicide investigation with Phoenix PD?

**A. In every homicide you respond to, you, you take a look at the evidence that's at the scene. And I would have done that on virtually every case that I was -- that I responded to in terms of my observations.**

**In terms of comparing -- I think what you are asking me is in terms of taking a medical examiner's report and then reconstructing the sequence. Is that what you are asking me?**

Q. Correct, sir.

**A. No, I have never specifically been asked to do that.**

Q. And relatedly, did you ever analyze bullet trajectories when you were with Phoenix PD?

**A. Yes. But those trajectories were always preliminary, because they would have been pre-forensic**

they were taken the 15th, which would have been after my visit to the scene, which I think I mentioned it was around that time frame.

Q. Okay. Let me ask you a couple questions before the rest of your clarification.

Over the break, as you were, you know, looking through your phone and maybe remembering things, did you prepare any notes or video of your testing with the Stretch Armstrong?

A. No.

Q. Okay. What about any measurements?

A. No.

Q. Okay. What about -- and, again, I'm I just want to confirm, what about the reenactment you did with your daughter, do you have any videos or photos of that?

A. No. I didn't take any of that. It was more clarification in my brain.

Q. So no notes or no measurements involving that reenactment, correct?

A. That's correct.

Q. Okay. Did you have any other clarifications?

A. Yeah. You had asked me about -- we were talking about a homicide scene and different details I work for related to homicide. And I was explaining that as patrol, you virtually go to a lot of homicides before the Homicide



investigators actually take control of the scene. So I just wanted to clarify that, as a patrol officer and as a patrol sergeant and lieutenant, I have been to lots and lots of homicide scenes and managed those scenes, sometimes for hours, if not days, before Homicide takes over, because the person is still alive. And I wanted you to understand that.

I mean, one night in patrol I responded to four homicides in one shift, because I worked the roughest areas of Phoenix. And at the time we were having about, over 200, sometimes 250 homicides in a single year. And most of those homicides are in south central, south and west Phoenix, which is the areas I worked.

So I couldn't give you an exact number, but there's probably hundreds of homicide scenes that I went and worked, and sometimes worked for quite a while before we actually turned them over to Homicide investigators.

The other thing is, I have ridden with the Homicide detail. You had asked me a question about if I ever worked as a Homicide detective and the answer was no. But I rode with Homicide on more than one occasion for various reasons throughout my career, to get -- primarily for the experience of working with Homicide.

The third thing I wanted to clarify is that, as a sergeant and lieutenant, I supervise many homicide scenes



while the investigators work it. In other words, when the investigators show up, we don't all go home and walk away from it. We keep working it. We work with the Homicide detectives. We look at, we look at the scenarios, which often involve trajectory type of issues that we had to evaluate at the scene before we even had a medical examiner's report, because we are trying to figure out where rounds are coming from, from a different building, a different house, a drive-by shooting scenario, things of this nature.

So I just wanted to sort of clarify that my Homicide experience is -- there's a lot more experience I have that's not necessarily because I was assigned as a Homicide investigator. That's all.

Q. Thank you. I appreciate that.

When you would evaluate trajectories at the scene, were you actually examining the body?

A. Yes. But in the case of a body at the scene, you are very limited with how the round entered the body. You can only see sort of major areas, like back, front, side. And so the trajectories cannot be done very scientifically at the scene. It was almost always very general. You can't get more specific until you get the medical examiner's report in most cases.

Q. And in homicide cases, whose role, when you were



with Phoenix PD, would it be to get the ME report and determine trajectories? Was that the investigators' role?

A. Almost always the investigators. And then from a supervisory standpoint, then they look at the results and they look at the issues, just to make sure the investigators handled it correctly, that they didn't misinterpret the medical examiner's report.

And in my role as a supervisor, and particularly my work with the union, that -- sometimes that information became critical in determining did the officer act correctly or incorrectly. And so we had to look at trajectories pretty commonly when we had our -- my subjects of my union involved in those types of cases, to make sure that the data collected was accurate.

Because it's not just the officers -- the case itself. It's their reputation. It's their -- the investigation. Because homicides always go to -- when an officer is involved in a homicide or a shooting, they all go through Internal Affairs. And so we always had to make sure that the facts are all correct and that they jive with the medical examiner's report. We had to go through the entire investigation and make sure our employees were treated fairly.

And as president, I was involved in every single police shooting involving a sergeant or a lieutenant from